**Maurice Cortez PROCTOR,**
**Petitioner—Appellant,**

v.

**Vanessa ADAMS, Warden,**
**Respondent—**
**Appellee.**

No. 05–6567.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 29, 2005.

Maurice Cortez Proctor, Appellant Pro Se.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Cortez Proctor, a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), raising a claim under *Crawford v. Washington,* 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004). Though the district court construed the § 2241 petition as a motion under 28 U.S.C. § 2255 (2000), Proctor clearly intended to file a § 2241 petition. Proctor argues on appeal that § 2255 is inadequate and ineffective to test the legality of his detention, contending that his *Crawford* claim should be considered in the context of his § 2241 petition. Because Proctor does not meet the standard under *In re Jones,* 226 F.3d 328, 333–34 (4th Cir.2000), we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*